UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dana Boylan**                                  **Docket No. 5:15-CR-48-5BO**

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dana Boylan, who, upon an earlier plea of guilty to 21 U.S.C. §§ 846 and 841(b)(1)(B), Conspiracy to Distribute and Possess With the Intent to Distribute 500 Grams or More of Cocaine and 100 Kilograms or More of Marijuana, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 24, 2017, to the custody of the Bureau of Prisons for a term of 55 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dana Boylan was released from custody on July 18, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Due to a 2005 conviction for Incest, and the defendant's current active status on the North Carolina Sex Offender Registry, we are requesting that the court modify the defendant's conditions of supervision to include a psycho-sexual evaluation, to determine if there is a need for treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing
                                                 is true and correct.


/s/ Eddie J. Smith                               /s/ John Seth Coleman
Eddie J. Smith                                   John Seth Coleman
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 150 Rowan Street Suite 110
                                                 Fayetteville, NC 28301
                                                 Phone: 910-354-2545
                                                 Executed On: July 24, 2018

**Dana Boylan**
**Docket No. 5:15-CR-48-5BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___**25**___ day of ___**July**___, 2018, and ordered filed and made a part of the records in the above case.

_Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge